# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION



IN RE: CHANTIX (VARENICLINE) MARKETING,
SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION (NO. II)　　　　　　　　　　　　　　　　　　　MDL No. 3050

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On December 22, 2022, the Panel transferred 6 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Katherine Polk Failla.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Failla.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 22, 2022, and, with the consent of that court, assigned to the Honorable Katherine Polk Failla.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 04, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

RUBY J. KRAJICK
CLERK OF COURT

BY _____
Deputy Clerk

IN RE: CHANTIX (VARENICLINE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)     MDL No. 3050

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 21-06324 | Spence et al v. Pfizer, Inc. |
| **MASSACHUSETTS** | | | |
| MA | 1 | 22-11876 | Ellis v. Pfizer Inc. |
| **MINNESOTA** | | | |
| MN | 0 | 22-02243 | Lima v. Pfizer, Inc. |
| MN | 0 | 22-02325 | LaMotte v. Pfizer, Inc. |
| **OREGON** | | | |
| OR | 3 | 22-01708 | Walter v. Pfizer, Inc. |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 22-03647 | BAPTISTE v. PFIZER, INC. |
| **WASHINGTON EASTERN** | | | |
| WAE | 2 | 22-00277 | Bleeker v. Pfizer Inc |
| WAE | 2 | 22-00278 | Fish v. Pfizer Inc |